UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
AUDI WILSON,

                              Plaintiff,

                                                    **ORDER**
                                                    10 CV 4057 (RRM)

              -against-

CITY OF NEW YORK, et al.,

                              Defendants.
-----------------------------------------------------X

On March 31, 2011, the Court held the initial conference in the above-captioned case, at which the Court set various discovery deadlines. At the conclusion of the conference, the Court informed the parties that a status conference would be held on June 22, 2011. Plaintiff's counsel failed to appear at the conference on June 22, 2011, and counsel for the City, noting that plaintiff's counsel also failed to appear at a previous conference in this case, requested leave from the Court to file a motion for sanctions against counsel. The Court granted the request, and defendant filed a letter seeking sanctions on June 28, 2011. **By July 6, 2011,** plaintiff's attorney is Ordered to Show Cause why sanctions should not be imposed against counsel for his failure to appear for two court conferences and his failure to provide discovery in accordance with this Court's Orders, in violation of Federal Rule of Civil Procedure 37.

              **SO ORDERED.**

Dated: Brooklyn, New York
       June 28, 2011

                                        Cheryl L. Pollak
                                        United States Magistrate Judge