

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY  10007

**Vicki B. Zgodny**
*Assistant Corporation Counsel*
(212) 788-8084
(212) 788-9776 (fax)
vzgodny@law.nyc.gov

July 7, 2011

**BY ECF AND FAX**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Fax: (718) 613-2365

Re:  Audi Wilson v. City of New York, et al., 10-CV-04057 (RRM)(CLP)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense in the above-referenced matter.  I am writing on behalf of all parties in this matter to inform the Court that plaintiff has agreed to withdraw this case.  The Stipulation of Settlement and Order of Dismissal will be submitted to Your Honor as soon as it is executed.  Plaintiff faxed me a signed stipulation and order of discontinuance last night and informed me that the original went out in the mail yesterday.  As soon as I receive the original, I will file it on ECF.  The parties, therefore, submit that the Conference currently scheduled for today at 12:30 p.m. is now moot and respectfully request that it be canceled.  Based upon the foregoing, I respectfully withdraw my request that Your Honor issue sanctions against Mr. Ngati for his violation of FRCP 16(f)(1)(A).

We thank the Court for its assistance throughout this litigation.

Respectfully submitted,

/s/
Vicki B. Zgodny
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   Sema Felix Ngati, Esq. (VIA ECF)
*Attorney for the Plaintiff*